UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Deborah D. Fletcher, )
)
    Plaintiff, )  Case: 1:17-cv-00692  (F-Deck)
)  Assigned To : Unassigned
v. )  Assign. Date : 4/18/2017
)  Description: Pro Se Gen. Civil
MVM Security, Inc., )
)
    Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" if it determines that subject matter jurisdiction is wanting).

Plaintiff has submitted a Complaint described as a suit for "Loss of Consortium." Compl. at 1. Plaintiff alleges that the defendant, which is her former employer located in Ashburn, Virginia, laid her off "[a]t the beginning of the school year during 1997 term." Compl. at 2. Plaintiff alleges that she was laid off "for the wrong reason(s)." *Id.*

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

1

Plaintiff does not invoke the U.S. Constitution or federal law as the basis of jurisdiction, and she has not pled an amount in controversy to satisfy diversity jurisdiction. Hence, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: April 7, 2017

United States District Judge
J. Bowker